B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adams, Joseph Martin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Moscarello, Catherine Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Law Office of Joseph M. Adams** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3418** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3601** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1442 Cornell Circle**<br>**Sugar Grove, IL**<br><div align="right">ZIP Code<br>**60554**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1442 Cornell Circle**<br>**Sugar Grove, IL**<br><div align="right">ZIP Code<br>**60554**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:                                                    **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **FILED**<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br><br>JUN 27 2013<br><br>KENNETH S. GARDNER, CLERK<br>PS REP. - CM |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Joseph Martin** <br> **Moscarello, Catherine Ann** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **Northerine District of Illinois** | Case Number: <br> **13-00065** | Date Filed: <br> **1/02/13** |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Joseph Martin**<br>**Moscarello, Catherine Ann** |

<div align="center">Signatures</div>

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Joseph M Adams_ (signature)
Signature of Debtor **Joseph Martin Adams**

X _Cat Moscarello_ (signature)
Signature of Joint Debtor **Catherine Ann Moscarello**

 **(714) 602-4266**
Telephone Number (If not represented by attorney)

**June 27, 2013**
Date

### Signature of Attorney*

X **Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Joseph Martin Adams**
**Catherine Ann Moscarello**

Case No. _____

Chapter   **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

**Joseph Martin Adams**

Date: **June 27, 2013** _____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph Martin Adams**      Case No. _____

      **Catherine Ann Moscarello**

                           Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Catherine Ann Moscarello

Date:    **June 27, 2013**_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joseph Martin Adams,**
**Catherine Ann Moscarello**

Case No. _____

_____,
Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 270,000.00 | | |
| B - Personal Property | Yes | 4 | 26,990.83 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 326,873.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 111,351.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 371,863.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 16,648.32 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 16,644.99 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 296,990.83 | | |
| Total Liabilities | | | | 810,088.40 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joseph Martin Adams,**
**Catherine Ann Moscarello**

Case No. _____

_____,
Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 111,351.17 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 243,031.02 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 354,382.19 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 16,648.32 |
| Average Expenses (from Schedule J, Line 18) | 16,644.99 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 12,124.72 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 41,373.55 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 111,351.17 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 371,863.68 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 413,237.23 |

B6A (Official Form 6A) (12/07)

In re    **Joseph Martin Adams,**
**Catherine Ann Moscarello**
_____,    Case No. _____

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1442 Cornell Circle, Sugar Grove, IL 60554** | **Fee simple** | **H** | **270,000.00** | **309,915.55** |

| | | |
|---|---|---|
| Sub-Total > | **270,000.00** | (Total of this page) |
| Total > | **270,000.00** | |

**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Joseph Martin Adams,**
        **Catherine Ann Moscarello**

                                          ,

                                      Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | J | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account (Operating Account)**<br>**JP Morgan Chase Bank, N.A.** | H | 16.71 |
| | | | **Personal Checking Account**<br>**JP Morgan Chase Bank, N.A.** | J | 449.12 |
| | | | **Cash Management Account**<br>**Fidelity Investments** | J | 800.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Depoist with ComEd** | J | 275.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Furniture and Furnishings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | J | 3,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 Paintings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | J | 1,000.00 |
| 6. | Wearing apparel. | | **Clothing**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | J | 2,500.00 |
| 7. | Furs and jewelry. | | **Wedding rings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | J | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **AMT Automag II .22 Magnum**<br>**28 River Bend Road, Montgomery, IL 60538** | H | 350.00 |
| | | | **Glock 17 9mm**<br>**28 River Bend Road, Montgomery, IL 60538** | H | 375.00 |
| | | | **Remington 870 12ga Shotgun**<br>**28 River Bend Road, Montgomery, IL 60538** | H | 175.00 |

Sub-Total >      **10,490.83**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re  **Joseph Martin Adams,**                                          Case No. _____
       **Catherine Ann Moscarello**
_____ ,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy - Metropolitian Life Insurance Company (MetLife) - No Cash Value** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Solo 401k Account - OppenheimerFunds - No Contribution/Deposit Has Ever Been Made** | J | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor is the sole owner of the Law Office of Joseph M. Adams.  This business is a law practice and is operated as a sole proprietorship, has no outstanding/unpaid accounts receivable, has no employees and has no inventory.  This business was formed and began to operate immediately upon Debtor and his wife ceasing the operation of Moscarello & Adams LLP (the partnership previously operated by the Debtor and his wife as described below and on the Statement of Financial Affairs - Item No. 18).  Note that because the Debtor is licensed to practice law only in the State of California, this practice is based in and operates exclusively within the State of California.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Debtor and his wife were the sole partners of Moscarello & Adams LLP.  This was a California limited liability partnership that was formed on February 1, 2010, for the purpose of the practice of law.  Debtor and his wife ceased operating this partnership as of December 31, 2011, because the Debtor's wife had previously ceased the practice of law.  Upon its dissolution, this partnership had no assets, no outstanding/unpaid accounts receivable, no employees and no inventory.** | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| | | | Sub-Total > (Total of this page) | 0.00 |

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joseph Martin Adams,**
**Catherine Ann Moscarello**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Lexus IS350**<br>**Approx. 72,000 Miles**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554**<br>**THIS AUTOMOBILE IS LEASED** | H | 15,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >     **15,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Martin Adams,**
    **Catherine Ann Moscarello**
                            Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 Laptops and 2 Desktop Computers**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | H | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 26,990.83 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Joseph Martin Adams,**
     **Catherine Ann Moscarello**
                                  Debtors

Case No. _____

,

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1442 Cornell Circle, Sugar Grove, IL 60554** | **735 ILCS 5/12-901** | **15,000.00** | **270,000.00** |
| **Cash on Hand** | | | |
| **Cash**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Business Checking Account (Operating Account)**<br>**JP Morgan Chase Bank, N.A.** | **735 ILCS 5/12-1001(b)** | **16.71** | **16.71** |
| **Personal Checking Account**<br>**JP Morgan Chase Bank, N.A.** | **735 ILCS 5/12-1001(b)** | **449.12** | **449.12** |
| **Cash Management Account**<br>**Fidelity Investments** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Depoist with ComEd** | **735 ILCS 5/12-1001(b)** | **275.00** | **275.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Furniture and Furnishings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **2 Paintings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Clothing**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | **735 ILCS 5/12-1001(a)** | **2,500.00** | **2,500.00** |
| **Furs and Jewelry** | | | |
| **Wedding rings**<br>**Location: 1442 Cornell Circle, Sugar Grove IL 60554** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **AMT Automag II .22 Magnum**<br>**28 River Bend Road, Montgomery, IL 60538** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Glock 17 9mm**<br>**28 River Bend Road, Montgomery, IL 60538** | **735 ILCS 5/12-1001(b)** | **375.00** | **375.00** |
| **Remington 870 12ga Shotgun**<br>**28 River Bend Road, Montgomery, IL 60538** | **735 ILCS 5/12-1001(b)** | **175.00** | **175.00** |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Joseph Martin Adams,**
          **Catherine Ann Moscarello**
                                      Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **2 Laptops and 2 Desktop Computers**<br>**Location: 1442 Cornell Circle, Sugar Grove IL**<br>**60554** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |

| | | Total: | **26,490.83** | **281,490.83** |
|---|---|---|---|---|

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Joseph Martin Adams,**
       **Catherine Ann Moscarello**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxx1240** | | | | | Opened 2/01/08 Last Active 4/04/11 | | | | | |
| **Ford Motor Credit Company LLC** P.O. Box 6275 Deerborn, MI 48121 | | H | | | Judgment Lien 1442 Cornell Circle, Sugar Grove, IL 60554 | | | | | |
| | | | | | Value $      270,000.00 | | | | 19,830.99 | 19,830.99 |
| Account No. | | | | | 6/2011 Lease | | | | | |
| **Luxury Auto Leasing** 4163 Lincoln Blvd. Marina Del Rey, CA 90292 | | - | | | 2007 Lexus IS350 Approx. 72,000 Miles Location: 1442 Cornell Circle, Sugar Grove IL 60554 THIS AUTOMOBILE IS LEASED | | | | | |
| | | | | | Value $      15,500.00 | | | | 16,958.00 | 1,458.00 |
| Account No. 0092186956 | | | | | 11/2008 | | | | | |
| **Well Fargo Home Mortgage** P.O. Box 10335 Des Moines, IA 50306 | | - | | | Mortgage 1442 Cornell Circle, Sugar Grove, IL 60554 | | | | | |
| | | | | | Value $     270,000.00 | | | | 290,084.56 | 20,084.56 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 326,873.55 | 41,373.55 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 326,873.55 | 41,373.55 |

B6E (Official Form 6E) (4/13)

In re   **Joseph Martin Adams,**
    **Catherine Ann Moscarello**          Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

1      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Joseph Martin Adams,**
       **Catherine Ann Moscarello**                               Case No. _____

                                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3418**<br><br>**Franchise Tax Board**<br>**Bankruptcy Section, MS:A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | J | | **2011 & 2012**<br><br>**Personal income tax (2011: $1,712.28)**<br>**(2012: $411.16)** | | | | **2,123.44** | **0.00** | **2,123.44** |
| Account No. **559993418**<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664-0338** | J | | **2010, 2011 & 2012**<br><br>**Personal income tax (2010: $2,989.11)**<br>**(2011: $3,340.73) (2012: 4,870.00)** | | | | **11,199.84** | **0.00** | **11,199.84** |
| Account No. **559993418**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | J | | **2010, 2011 & 2012**<br><br>**Federal income and self-employment tax**<br>**(2010: $34,307.55) (2011: $27,309.24)**<br>**(2012: $29,762) (2010 partnership**<br>**penalty: $4,693.48) (2011 partnership**<br>**penalty: $1,955.62)** | | | | **98,027.89** | **0.00** | **98,027.89** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>111,351.17 | 111,351.17 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>111,351.17 | 111,351.17 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Joseph Martin Adams,**
       **Catherine Ann Moscarello**                Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8324** <br><br> **Access Group Inc** <br> **1411 Foulk Road** <br> **Wilmington, DE 19803** | | H | Opened 4/27/06 Last Active 12/20/09 <br> Bar examination loan | | | | 12,220.00 |
| Account No. **xxxxx0451** <br><br> **Adventist Hinsdale Hospital** <br> **c/o Merchants Credit Guide** <br> **223 W. Jackson Blvd., Suite 400** <br> **Chicago, IL 60606** | | J | 5/2010 <br> Medical services | | | | 4,702.00 |
| Account No. **xxxxx2732** <br><br> **Aetna** <br> **P.O. Box 402299** <br> **Atlanta, GA 30384** | | J | 8/2011 <br> Prescription services | | | | 498.00 |
| Account No. **xxxxxx5562** <br><br> **Alexian Brothers Medical Center** <br> **c/o Harris & Harris Ltd.** <br> **222 Merchandise Mart Plaza #1900** <br> **Chicago, IL 60654** | | J | 2/2010 <br> Medical services | | | | 109.00 |

_**15**_ continuation sheets attached                            Subtotal               | **17,529.00** |
                                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Martin Adams,**
       **Catherine Ann Moscarello**                              Case No. _____

_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx5574** | | | | | **MARCH 2012** **Collecting for unpaid traffic fines** | | | | |
| AllianceOne Receivables Management P.O. Box 2449 Gig Harbor, WA 98335-2449 | | | J | | | | | | 2,205.13 |
| Account No. **xxxxxxxxxxx0253** | | | | | **Opened 3/01/99 Last Active 7/23/10** **Credit card purchases** | | | | |
| American Express American Express Special Research P.O. Box 981540 El Paso, TX 79998 | | H | | | | | | | 18,744.00 |
| Account No. **xxxx8351** | | | | | **November 2012** **Telephone Service** | | | | |
| AT&T c/o EOS CCA P.O. Box 806 Norwell, MA 02061-0806 | | | J | | | | | | 148.54 |
| Account No. | | | | | **December 2012** **Household Services** | | | | |
| Buchner Heating & Air Conditioning 41 West New York Street Aurora, IL 60506 | | | J | | | | | | 269.00 |
| Account No. **xxx2121** | | | | | **10/2010** **Printing service** | | | | |
| Burdge Cooper New World Printing 1565 East 23rd Street Los Angeles, CA 90011 | | H | | | | | | | 1,778.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          23,144.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**          Case No. _____
        **Catherine Ann Moscarello**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3378**<br><br>**California Accounts Svc**<br>**329 Vanhouten**<br>**El Cajon, CA 92020** | | H | | Collection account - original creditor: Surgical Associates of La Jolla | | | | 177.00 |
| Account No. **xxxxxxxxxxxx4487**<br><br>**Capital One Bank**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | | H | | Opened 10/01/07  Last Active  1/30/10<br>Credit card purchases | | | | 5,310.00 |
| Account No. **xxxxxxxxxxxx6060**<br><br>**CCMK/CBNA**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | H | | Opened  8/01/00  Last Active  7/16/10<br>Credit card purchases | | | | 1,942.00 |
| Account No.<br><br>**Center for Dentistry**<br>**931 W. 75th St., Suite 107**<br>**Naperville, IL 60565** | | J | | 2011<br>Dental services | | | | 14,645.00 |
| Account No. **xxxxxx7476**<br><br>**Central Dupage Hospital**<br>**c/o Merchants Credit Guide**<br>**223 W. Jackson Blvd., Suite 400**<br>**Chicago, IL 60606** | | J | | 2/2011<br>Medical services | | | | 102.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,176.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
      **Catherine Ann Moscarello**                                    Case No. _____

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7963 | | | Opened 2/01/95 Last Active 7/15/10 Credit card purchases | | | | |
| Citibank Attn.: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | H | | | | | 1,151.00 |
| Account No. xxxxxxxxxxx8458 | | | Opened 10/01/00 Last Active 7/15/10 Credit card purchases | | | | |
| Citibank South Dakota, N.A. Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | H | | | | | 8,995.00 |
| Account No. xxxxxx8067 | | | 1/2011 Medical services | | | | |
| City of Aurora Ambulance c/o Municipal Collections 3348 Ridge Road Lansing, IL 60438 | | J | | | | | 638.00 |
| Account No. xxxxxx8043 | | | 1/2011 Medical services | | | | |
| City of Aurora Ambulance c/o Municipal Collections 3348 Ridge Road Lansing, IL 60438 | | J | | | | | 119.00 |
| Account No. xxxxxxxx4-135 | | | Medical Services | | | | |
| Clinical Associates S C c/o M3 Financial Services, Inc. P.O. Box 7230 Westchester, IL 60154 | | J | | | | | 13.60 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,916.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Martin Adams,**
         **Catherine Ann Moscarello**                                          Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxx4442 <br><br> **CMRE Financial Services Inc** <br> **3075 E Imperial Hwy** <br> **Suite 200** <br> **Brea, CA 92821** | H | | **Opened  9/01/09** <br> **Collection account - original creditor: Alvarado Hospital  LLC** | | | | 1,696.00 |
| Account No. xxxxxxxxxxxxxxx4978 <br><br> **CMRE Financial Services Inc** <br> **3075 E Imperial Hwy** <br> **Suite 200** <br> **Brea, CA 92821** | H | | **Opened  9/01/09** <br> **Collection account - original creditor:** <br> **Alvarado Hospital  LLC** | | | | 93.00 |
| Account No. xxxx6404 <br><br> **Credit Collections Svc** <br> **P.O. Box 9134** <br> **Needham, MA 02494** | H | | **Collection account: original creditor:** <br> **Progressive Insurance Company** | | | | 1,227.00 |
| Account No. xxxxxX522 <br><br> **Doctor's Ambulance Service** <br> **c/o Fedelity Creditor Service** <br> **216 South Louise Street** <br> **Glendale, CA 91205** | J | | **8/2010** <br> **Medical services** | | | | 1,573.00 |
| Account No. 3683 <br><br> **Doctors Immediate Care** <br> **18W511 Roosevelt Road** <br> **Lombard, IL 60148-4148** | J | | **August 2011** <br> **Medical Services** | | | | 229.11 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 4,818.11

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Martin Adams,**
      **Catherine Ann Moscarello**
                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8834** | | | | December 2012 Medical Services | | | | |
| **Edward Ambulance Services** P.O. Box 86 Minneapolis, MN 55486-0086 | | J | | | | | | 35.00 |
| Account No. **xxxxx3EMR** | | | | August 2011 Medical Services | | | | |
| **Edward Health Ventures** 1 E. County Line Road Sandwich, IL 60548-2178 | | J | | | | | | 70.00 |
| Account No. **xxxxxx1530** | | | | 6/2011 Medical services | | | | |
| **Edwards Hospital** c/o Merchants Credit Guide 223 W. Jackson Blvd., Suite 400 Chicago, IL 60606 | | J | | | | | | 605.00 |
| Account No. **xxxxxx2371** | | | | 3/2009 Medical services | | | | |
| **Edwards Hospital** c/o Merchants Credit Guide 223 W. Jackson Blvd., Suite 400 Chicago, IL 60606 | | J | | | | | | 137.00 |
| Account No. **xxxxxx2914** | | | | 7/2011 Medical services | | | | |
| **Edwards Hospital** c/o Merchants Credit Guide 223 W. Jackson Blvd., Suite 400 Chicago, IL 60606 | | J | | | | | | 106.00 |

Sheet no. **_5_** of **_15_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

953.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Martin Adams,**              Case No. _____
         **Catherine Ann Moscarello**
         _____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx5-091** | | | | **March 2012** **Auto Accident** | | | | |
| **Geico** c/o Michael J. Stanco **Ten Larkfield Road** **East Northport, NY 11731** | | | J | | | | | 384.17 |
| Account No. **xxxxx5-042** | | | | **Auto Accident** | | | | |
| **Geico** c/o Thomas George Associates, LTD **Post Office Box 30** **East Northport, NY 11731-0030** | | | J | | | | | 384.17 |
| Account No. | | | | **September 2009** **Medical Services** | | | | |
| **Greater Elgin Emergency Specialists** c/o Creditors Collection Bureau, In P.O. Box 63 **Kankakee, IL 60901-0063** | | | J | | | | | 10.00 |
| Account No. **xxxxxxx9001** | | | | **Opened  6/01/11** **Collection account - original creditor: AT&T** | | | | |
| **IC Systems Inc** P.O. Box 64378 **St. Paul, MN 55164** | | | H | | | | | 148.00 |
| Account No. **xxxx6597** | | | | **Opened  7/01/12** **Collection account: original creditor: Dreyer Medical Clinic** | | | | |
| **Illinois Collection Service** P.O. Box 1010 **Tinley Park, IL 60477** | | | H | | | | | 170.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of      Subtotal      1,096.34
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Martin Adams,**
         **Catherine Ann Moscarello**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | February 2013 Overdrawn bank account | | | | |
| JPMorgan Chase Bank N.A. c/o Integrity Solution Services, In P.O. Box 7230 Overland Park, KS 66221-0230 | | | J | | | | | | 752.04 |
| Account No. xxxxxx0000 | | | | | 1/2010 Medical services | | | | |
| Kishwar Ali, MD 4255 Westbrook Drive Aurora, IL 60504 | | | J | | | | | | 878.00 |
| Account No. xxxxxx4085 | | | | | April 2013 Medical Services | | | | |
| Linden Oaks at Edward P.O. Box 4070 Carol Stream, IL 60197-4070 | | | J | | | | | | 612.44 |
| Account No. xxxxxx0112 | | | | | 4/2010 Medical services | | | | |
| Linden Oaks Hospital c/o Merchants Credit Guide 223 W. Jackson Blvd., Suite 400 Chicago, IL 60606 | | | J | | | | | | 747.00 |
| Account No. xxxxxx0208 | | | | | 5/2010 Medical services | | | | |
| Linden Oaks Hospital c/o Merchants Credit Guide 223 W. Jackson Blvd., Suite 400 Chicago, IL 60606 | | | J | | | | | | 200.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,189.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**                                         Case No. _____
        **Catherine Ann Moscarello**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxx1621** | | | | | **May 2012**<br>**Medical Services** | | | | |
| **Linden Oaks Hospital**<br>**c/o MiraMed Revenue Group**<br>**Dept 77304, P.O. Box 77000**<br>**Detroit, MI 48277-0308** | | | | J | | | | | 1,794.12 |
| Account No. | | | | | **October 2012**<br>**Medical Services** | | | | |
| **Linden Oaks Hospital**<br>**P.O. Box 4070**<br>**Carol Stream, IL 60197-4070** | | | | J | | | | | 81.87 |
| Account No. | | | | | **October 2012**<br>**Medical Services** | | | | |
| **Linden Oaks Hospital**<br>**P.O. Box 4070**<br>**Carol Stream, IL 60197-4070** | | | | J | | | | | 1,712.25 |
| Account No. **xx9620** | | | | | **October 2012**<br>**Medical Services** | | | | |
| **Linden Oaks Medical Group**<br>**Edward Management Corporation**<br>**3471 Eagle Way**<br>**Chicago, IL 60678** | | | | J | | | | | 15.40 |
| Account No. **xxxxxx1467** | | | | | **1/2011**<br>**Medical services** | | | | |
| **Mercy Hospital**<br>**c/o Key Financial Services, LLC**<br>**4781 Hayes Road**<br>**Madison, WI 53704** | | | | J | | | | | 8,065.00 |

Sheet no. **8** of **15** sheets attached to Schedule of                     Subtotal | 11,668.64
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page) |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
　　　　**Catherine Ann Moscarello**
　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx2172**<br><br>**MHS Physician Services**<br>**c/o Key Financial Services, LLC**<br>**4781 Hayes Road**<br>**Madison, WI 53704** | | | J | | **1/2011**<br>**Medical Services** | | | | **2,009.00** |
| Account No. **xxxxx6799**<br><br>**Modern Dentistry**<br>**c/o American Credit Bureau**<br>**2755 S. Federal Hwy.**<br>**Boynton Beach, FL 33435** | | | J | | **1/2011**<br>**Dental services** | | | | **1,343.00** |
| Account No. **x0371**<br><br>**Nationwide Legal, Inc.**<br>**1609 James M. Wood Blvd.**<br>**Los Angeles, CA 90015** | | H | | | **12/2011**<br>**Courier service** | | | | **940.00** |
| Account No. **x2648**<br><br>**North American Emergency Medical Ce**<br>**1254 Ogden Avenue**<br>**Downers Grove, IL 60515-2740** | | | J | | **September 2011**<br>**Medical Services** | | | | **186.30** |
| Account No. **xxxxxx0715**<br><br>**Paratech Ambulance**<br>**c/o Federated Adjustment Company**<br>**P.O. Box 170680**<br>**Milwaukee, WI 53217** | | | J | | **1/2011**<br>**Medical services** | | | | **906.00** |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**5,384.30**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Joseph Martin Adams,**
**Catherine Ann Moscarello**                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxx7161**<br><br>**Peterson Urgent Care Center**<br>c/o ACC International<br>919 Estes Ct.<br>Schaumburg, IL 60193 | | | | J | 12/2010<br>**Medical services** | | | | 120.00 |
| Account No. **xxxxxx5898**<br><br>**Physicians Immediate Care**<br>c/o Creditor Protection<br>P.O. Box 4115<br>Rockford, IL 61110 | | | | J | 7/2010<br>**Medical services** | | | | 208.00 |
| Account No. **xxxxxx8994**<br><br>**Physicians Immediate Care**<br>c/o Creditor Protection<br>P.O. Box 4115<br>Rockford, IL 61110 | | | | J | 8/2010<br>**Medical services** | | | | 166.00 |
| Account No. **xxxxx717-0**<br><br>**Progressive Universal Insurance Co.**<br>P.O. Box 31260<br>Tampa, FL 33631 | | H | | | 2/2012<br>**Auto insurance** | | | | 1,227.00 |
| Account No.<br><br>**Provena Mercy Center**<br>c/o Creditors Collection Bureau<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | | | | J | April 2012<br>**Medical Services** | | | | 776.95 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 2,497.95 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
          **Catherine Ann Moscarello**                                          Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx7100 | | | | August 2012 Medical Services | | | | |
| Quest Diagnostics P.O. Box 809403 Chicago, IL 60680-9403 | | J | | | | | | 246.84 |
| Account No. x9466 | | | | April 2013 Medical Services | | | | |
| Riaz A. Barber, M.D., S.C. 1460 Bond Street Suite 130 Naperville, IL 60563-6510 | | J | | | | | | 344.52 |
| Account No. | | | | Collecting for Bank of America Overdrawn checking account | | | | |
| RJM Acquisitions LLC 575 Underhill Boulevard Suite 224 Syosset, NY 11791 | | J | | | | | | 233.22 |
| Account No. xxxxxxxxxxG123 | | | | Medical Services | | | | |
| Rush-Copley Internal Medicine c/o ATG Credit, LLC P.O. Box 14895 Chicago, IL 60614-4895 | | J | | | | | | 199.00 |
| Account No. 32992802 | | | | August 2011 Medical services | | | | |
| Rush-Copley Medical Center P.O. Box 352 Aurora, IL 60507-0352 | | H | | | | | | 15,229.24 |

| | | |
|---|---|---|
| Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 16,252.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
        **Catherine Ann Moscarello**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxxxx2007** | | | | | 3/2012 **Medical services** | | | | |
| **Rush-Copley Memorial Hospital c/o MRSI** 2250 E. Devon Ave., Suite 352 Des Plaines, IL 60018 | | | J | | | | | | 477.00 |
| Account No. **xxxxxx6001** | | | | | 4/2012 **Medical services** | | | | |
| **Rush-Copley Memorial Hospital c/o MRSI** 2250 E. Devon Ave., Suite 352 Des Plaines, IL 60018 | | | J | | | | | | 163.00 |
| Account No. **xxxx2292** | | | | | May 2011 **Medical Services** | | | | |
| **Rush-Copley Memorial Hospital c/o Medical Recovery Specialists, L** 2250 E. Devon Avenue, Suite 352 Des Plaines, IL 60018-4521 | | | J | | | | | | 425.70 |
| Account No. **xxxxxxxxxxxxxxxxxx0928** | | | | | Opened 9/01/07  Last Active 1/21/09 **Educational loan** | | | | |
| **Sallie Mae** Attn: Claims Department P.O. Box 9500 Wilkes-Barre, PA 18773 | | H | | | | | | | 106,633.00 |
| Account No. **xxxxxx033-1** | | | | | 1999-2001 **Educational loan** | | | | |
| **Sallie Mae** Attn: Claims Department P.O. Box 9500 Wilkes-Barre, PA 18773 | | W | | | | | | | 136,398.02 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

244,096.72

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Martin Adams,**
    **Catherine Ann Moscarello**
    _____,          Case No. _____

                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 18473246<br><br>**Scotts LawnService Elgin**<br>**P.O. Box 742585**<br>**Cincinnati, OH 45274-2585** | | H | 5/2011<br>**Lawn care service** | | | | 65.00 |
| Account No. xxxxxx3053<br><br>**Silver Cross Hospital**<br>**c/o OSI Collection**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | 9/2009<br>**Medical services** | | | | 101.00 |
| Account No. xxxxA000<br><br>**Soft Landing Interventions**<br>**1S244 Summit Avenue**<br>**Villa Park, IL 60181** | | J | 9/2011<br>**Medical services** | | | | 3,850.00 |
| Account No. xxxxA000<br><br>**Soft Landing Labs, Ltd.**<br>**1S224 Summit Avenue**<br>**Villa Park, IL 60181** | | J | 11/2011<br>**Medical services** | | | | 1,224.00 |
| Account No. x7410<br><br>**Solberg & Kennedy LLC**<br>**14040  N Cave Creek Rd**<br>**Ste. 210**<br>**Phoenix, AZ 85022** | | H | Opened  1/01/11<br>**Collection account - original creditor: Culligan**<br>**Industrial Water** | | | | 170.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,410.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
    **Catherine Ann Moscarello**
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **523313**<br><br>**Spring-Green Law & Tree Care**<br>**1207 South Bridge Street**<br>**Yorkville, IL 60560** | | H | **4/2011**<br>**Lawn care service** | | | | 135.85 |
| Account No. **642222359**<br><br>**Sprint PCS**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197-4191** | | H | **2011**<br>**Cellular telephone service** | | | | 432.01 |
| Account No. **xxxxxx1006**<br><br>**St. Charles Family Medical Center**<br>**c/o Armor Systems Co.**<br>**1700 Kiefer Drive**<br>**Zion, IL 60099** | | J | **6/2012**<br>**Medical services** | | | | 122.00 |
| Account No. **xx-xx6412**<br><br>**Sugar Grove Fire Protection Dist.**<br>**P.O. Box 457**<br>**Wheeling, IL 60090-0457** | | J | **October 2012**<br>**Medical Services** | | | | 692.14 |
| Account No. **xxxxxx3284**<br><br>**Swedish American MSO, Inc.**<br>**c/o Mutual Management**<br>**P.O. Box 477**<br>**Rockford, IL 61110** | | J | **1/2011**<br>**Medical services** | | | | 169.00 |

Sheet no. **14** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,551.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Martin Adams,**
         **Catherine Ann Moscarello**
                                                                Case No. _____
_____
                            Debtors
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6-499-8827** <br><br> **United Consumer Financial Services** <br> **P.O. Box 856290** <br> **Louisville, KY 40285-6290** | | H | | **2010** <br> **Credit card purchases** | | | | **621.05** |
| Account No. **xxxx2708** <br><br> **West Asset Management** <br> **2703 N Highway 75** <br> **Sherman, TX 75092** | | H | | **Opened  6/01/10** <br> **Collection account - original creditor: Hoag Hospital** | | | | **301.00** |
| Account No. **xxxxxx2354** <br><br> **Western Medical Center** <br> **c/o CMRE Financial Services** <br> **3075 E. Imperial Hwy., Suite 200** <br> **Brea, CA 92821** | | J | | **1/2011** <br> **Medical services** | | | | **257.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **1,179.05** |
| Total <br> (Report on Summary of Schedules) | **371,863.68** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Joseph Martin Adams,**                                    Case No. _____
         **Catherine Ann Moscarello**
                                                        ,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Luxury Auto Leasing**<br>**4163 Lincoln Blvd.**<br>**Marina Del Rey, CA 90292** | **Automobile lease - 2007 Lexus IS350** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Joseph Martin Adams,**
         **Catherine Ann Moscarello**
                                                                    Case No. _____

_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Joseph Martin Adams**
**Catherine Ann Moscarello** _____   Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney (Self-Employed)** | **Sales Associate** |
| Name of Employer | **Law Office of Joseph M. Adams** | **Nordstrom Rack** |
| How long employed | **1 Year** | **2 Months** |
| Address of Employer | **8 Corprate Park, Suite 300**<br>**Irvine, CA 92606** | **199 Skokie Boulevard**<br>**Northbrook, IL 60062** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 1,563.50 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,563.50 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 287.54 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify):    **Health Savings Account** | $ | 0.00 | $ | 50.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 337.54 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,225.96 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 15,422.36 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 15,422.36 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 15,422.36 | $ | 1,225.96 |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 16,648.32 |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Joseph Martin Adams**
    **Catherine Ann Moscarello**                                   Case No. _____
_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,621.33 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 160.00 |
| c. Telephone | $ | 0.00 |
| d. Other    **See Detailed Expense Attachment** | $ | 235.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 175.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 65.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 175.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 162.81 |
| c. Health | $ | 1,068.00 |
| d. Auto | $ | 75.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **See Detailed Expense Attachment** | $ | 4,855.85 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 632.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 4,100.00 |
| 17. Other    **See Detailed Expense Attachment** | $ | 370.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 16,644.99 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 16,648.32 |
| b. Average monthly expenses from Line 18 above | $ | 16,644.99 |
| c. Monthly net income (a. minus b.) | $ | 3.33 |

B6J (Official Form 6J) (12/07)

In re    **Joseph Martin Adams**
       **Catherine Ann Moscarello**                    Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable TV/Internet package | $ | 180.00 |
| Fox Metro Reclamation District | $ | 55.00 |
| **Total Other Utility Expenditures** | $ | 235.00 |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Estimated self-employment/income tax | $ | 3,000.00 |
| Payment for state and federal tax (2010, 2011 & 2012) | $ | 1,855.85 |
| **Total Tax Expenditures** | $ | 4,855.85 |

**Other Expenditures:**

| | | |
|---|---|---|
| Pet care | $ | 50.00 |
| Personal care and grooming | $ | 75.00 |
| Homeowner's association | $ | 75.00 |
| I-Pass (tolls) | $ | 110.00 |
| Gardner | $ | 60.00 |
| **Total Other Expenditures** | $ | 370.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re **Joseph Martin Adams**
**Catherine Ann Moscarello** _____

Debtor(s)

Case No. _____

Chapter **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ **178,767.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ **15,422.36**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 300.00 |
| 11. Utilities | 530.00 |
| 12. Office Expenses and Supplies | 585.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 675.00 |
| 16. Equipment Rental and Leases | 250.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 267.28 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Marketing and Adversiting** | **1,000.00** |
| **Bank Fees/Charges** | **20.00** |
| **Professional Dues and Memberships** | **60.00** |
| **Postage** | **60.00** |
| **Contract Labor** | **50.00** |
| **Printing/copies** | **10.00** |
| **Court filing fees** | **300.00** |

22. Total Monthly Expenses (Add items 3-21) $ **4,107.28**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ **11,315.08**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Joseph Martin Adams**
      **Catherine Ann Moscarello**

Case No. _____

Chapter   **7**

Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **33**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 27, 2013**      Signature _____

                                        **Joseph Martin Adams**
                                        Debtor

Date   **June 27, 2013**      Signature _____

                                         **Catherine Ann Moscarello**
                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Martin Adams**
      **Catherine Ann Moscarello**         Case No.

                     Debtor(s)       Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$77,355.00** | **2013 YTD: Debtor Self-Employment** |
| **$4,442.00** | **2013 YTD: Joint Debtor Employment (Nordstrom)** |
| **$165,934.00** | **2012: Debtor Self-Employment** |
| **$170,689.68** | **2011: Debtor and Joint Debtor Self-Employment** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
□

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Luxury Auto Leasing**<br>**4163 Lincoln Blvd.**<br>**Marina Del Rey, CA 90292** | **Regular monthly payments ($632.13)** | **$1,896.39** | **$16,958.00** |
| **Well Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | **Regular monthly payments ($2,621.33)** | **$10,485.00** | **$290,084.56** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
□

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bart Moscarello**<br>**28 River Bend Road**<br>**Montgomery, IL 60538**<br>   **Joint debtor's father** | **October, 2012** | **$2,000.00** | **$0.00** |
| **Karen Adams**<br>**22 Van Buren**<br>**Irvine, CA 92620**<br>   **Debtor's mother** | **Approx August, 2012** | **$800.00** | **$0.00** |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

B7 (Official Form 7) (04/13)
3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citibank (South Dakota) N.A. v. Joseph M. Adams (Case No. 11 SC 3556)** | **Complaint for Money** | **Circuit Court for the Sixteenth Judical Circuit** <br> **Kane County, Illinois** <br> **100 South Third Street** <br> **Geneva, IL 60134** | **Judgment Entered August 4, 2011** |
| **Capital One Bank (USA), N.A. v. Joseph M. Adams (Case No. 30-2011-00439966)** | **Complaint for Money** | **Superior Court of California, County of Orange** <br> **23141 Moulton Parkway, 2nd Floor** <br> **Laguna Hills, CA 92653** <br> **Harbor Justice Center - Laguna Hills** | **Judgment Entered April 19, 2011** |
| **Rush-Copley Medical Center, Inc. v. Joseph Adams et al. (Case No. 12AR842)** | **Complaint for Money** | **Circuit Court of the Sixteenth Judicial District** <br> **Kane County, Illinois** <br> **100 South Third Street** <br> **Geneva, IL 60134** | **Judgment Entered October 15, 2012** |
| **Ford Motor Credit Company, LLC v. Joseph Adams (Case No. 11AR1021)** | **Complaint for Money** | **Circuit Court of the Sixteenth Judicial Circuit** <br> **Kane County, Illinois** <br> **100 South Third Street** <br> **Geneva, IL 60134** | **Judgment Entered December 21, 2011** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One Bank** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | **November 30, 2012** | **$160 from checking account at JP Morgan Chase Bank, N.A.** |

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None | | |
|---|---|---|
| ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None | |
|---|---|
| ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

| None | |
|---|---|
| ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **001 Debtorcc Inc.** | **June 13, 2013** | **$10.00 pre-filing credit counseling** |

### 10. Other transfers

| None | |
|---|---|
| ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None | |
|---|---|
| ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **JPMorgan Chase Bank, N.A.**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | **Business Checking Account (Moscarello & Adams LLP)**<br>**Acct Ending 5646** | **Closed Approx February, 2012**<br>**Closing Balance: $0.00** |
| **JPMorgan Chase Bank, N.A.**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | **Business Savings Account (Moscarello & Adams LLP)**<br>**Acct Ending 0048** | **Closed Approx February, 2012**<br>**Closing Balance: $0.00** |
| **JPMorgan Chase Bank, N.A.**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | **Client Trust Account (Moscarello & Adams LLP)**<br>**Acct Ending 5729** | **Closed Approx December, 2012**<br>**Closing Balance: $0.00** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Law Office of Joseph M. Adams | xxx-xx-3418 | 8 Corporate Park, Suite 300 Irvine, CA 92606 | Debtor's law practice. This business is a sole proprietorship. | Approx January 1, 2012 to current |
| Moscarello & Adams LLP | 27-1803775 | 8 Corporate Park, Suite 300 Irvine, CA 92606 | This was a law partnership operated jointly by Debtor and Joint Debtor. This partnership ceased operating at the end of 2011 because the Joint Debtor had ceased the practice of law. | February 1, 2010 to approx December 31, 2011 |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐       supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ronald L. Graichen, EA 17802 Irvine Blvd., Suite 103 Tustin, CA 92780 | November, 2011 |
| Todd Vollucci, Esq. 840 Apollo Street, Suite 311 El Segundo, CA 90245 | October, 2012 to Present |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■       of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■       of the debtor. If any of the books of account and records are not available, explain.

NAME                                         ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

   Best Case Bankruptcy

B7 (Official Form 7) (04/13)
9

### 25. Pension Funds.

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **June 27, 2013**                    Signature
                                                    **Joseph Martin Adams**
                                                    Debtor

Date  **June 27, 2013**                    Signature
                                                    **Catherine Ann Moscarello**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Martin Adams**
         **Catherine Ann Moscarello** _____

                                  Debtor(s)

Case No. _____

Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Ford Motor Credit Company LLC** | Describe Property Securing Debt:<br>**1442 Cornell Circle, Sugar Grove, IL 60554** |
|---|---|

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain **avoid lien using 11 U.S.C. § 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Well Fargo Home Mortgage** | Describe Property Securing Debt:<br>**1442 Cornell Circle, Sugar Grove, IL 60554** |
|---|---|

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

---

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

---

Property No. 1

| Lessor's Name:<br>**Luxury Auto Leasing** | Describe Leased Property:<br>**Automobile lease - 2007 Lexus IS350** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
|---|---|---|

---

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

B8 (Form 8) (12/08)                                                                                      Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June 27, 2013**                          Signature   _____
                                                              **Joseph Martin Adams**
                                                              Debtor


Date   **June 27, 2013**                          Signature   _____
                                                              **Catherine Ann Moscarello**
                                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Joseph Martin Adams**
       **Catherine Ann Moscarello** _____    Case No. _____

                                 Debtor(s)    Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **87**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 27, 2013** _____

_____
**Joseph Martin Adams**
Signature of Debtor

Date:   **June 27, 2013** _____

_____
**Catherine Ann Moscarello**
Signature of Debtor

Access Group Inc
1411 Foulk Road
Wilmington, DE 19803

Adventist Hinsdale Hospital
c/o Merchants Credit Guide
223 W. Jackson Blvd., Suite 400
Chicago, IL 60606

Aetna
P.O. Box 402299
Atlanta, GA 30384

Alexian Brothers Medical Center
c/o Harris & Harris Ltd.
222 Merchandise Mart Plaza #1900
Chicago, IL 60654

AllianceOne Receivables Management
P.O. Box 2449
Gig Harbor, WA 98335-2449

American Express
American Express Special Research
P.O. Box 981540
El Paso, TX 79998

American Profit Recovery
34405 West 12 Mile Road
Suite 379
Farmington, MI 48331-5608

AT&T
c/o EOS CCA
P.O. Box 806
Norwell, MA 02061-0806

Buchner Heating & Air Conditioning
41 West New York Street
Aurora, IL 60506

Burdge Cooper
New World Printing
1565 East 23rd Street
Los Angeles, CA 90011

California Accounts Svc
329 Vanhouten
El Cajon, CA 92020


Capital One Bank
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130


CCMK/CBNA
P.O. Box 6497
Sioux Falls, SD 57117


Center for Dentistry
931 W. 75th St., Suite 107
Naperville, IL 60565


Central Dupage Hospital
c/o Merchants Credit Guide
223 W. Jackson Blvd., Suite 400
Chicago, IL 60606


Citibank
Attn.: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195


Citibank South Dakota, N.A.
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195


City of Aurora Ambulance
c/o Municipal Collections
3348 Ridge Road
Lansing, IL 60438


Clinical Associates S C
c/o M3 Financial Services, Inc.
P.O. Box 7230
Westchester, IL 60154


CMRE Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821

Credit Collections Svc
P.O. Box 9134
Needham, MA 02494


Doctor's Ambulance Service
c/o Fedelity Creditor Service
216 South Louise Street
Glendale, CA 91205


Doctors Immediate Care
18W511 Roosevelt Road
Lombard, IL 60148-4148


Edward Ambulance Services
P.O. Box 86
Minneapolis, MN 55486-0086


Edward Health Ventures
1 E. County Line Road
Sandwich, IL 60548-2178


Edwards Hospital
c/o Merchants Credit Guide
223 W. Jackson Blvd., Suite 400
Chicago, IL 60606


ESI Collections
P.O. Box 1730
Reynoldsburg, OH 43068-8730


Ford Motor Credit Company LLC
P.O. Box 6275
Deerborn, MI 48121


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Geico
c/o Michael J. Stanco
Ten Larkfield Road
East Northport, NY 11731

Geico
c/o Thomas George Associates, LTD
Post Office Box 30
East Northport, NY 11731-0030


Greater Elgin Emergency Specialists
c/o Creditors Collection Bureau, In
P.O. Box 63
Kankakee, IL 60901-0063


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


I.C. System, Inc.
444 Highway 96 East, P.O. Box 64887
Saint Paul, MN 55164-0887


IC Systems Inc
P.O. Box 64378
St. Paul, MN 55164


Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Imperial Credit Systems, Inc.
125 N. Parkside Drive
Suite 302
Colorado Springs, CO 80909


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jonathan B. Shanower, Esq.
1999 West Downer Place
Aurora, IL 60506

JPMorgan Chase Bank N.A.
c/o Integrity Solution Services, In
P.O. Box 7230
Overland Park, KS 66221-0230


Kishwar Ali, MD
4255 Westbrook Drive
Aurora, IL 60504


Linden Oaks at Edward
P.O. Box 4070
Carol Stream, IL 60197-4070


Linden Oaks Hospital
c/o Merchants Credit Guide
223 W. Jackson Blvd., Suite 400
Chicago, IL 60606


Linden Oaks Hospital
c/o MiraMed Revenue Group
Dept 77304, P.O. Box 77000
Detroit, MI 48277-0308


Linden Oaks Hospital
P.O. Box 4070
Carol Stream, IL 60197-4070


Linden Oaks Medical Group
Edward Management Corporation
3471 Eagle Way
Chicago, IL 60678


Louis S. Freedman
Freedman Anselmo Lindberg LLC
P.O. Box 3228
Naperville, IL 60566


Luxury Auto Leasing
4163 Lincoln Blvd.
Marina Del Rey, CA 90292


MCS Collections, Inc.
P.O. Box 7699
Chicago, IL 60680

Mercy Hospital
c/o Key Financial Services, LLC
4781 Hayes Road
Madison, WI 53704


MHS Physician Services
c/o Key Financial Services, LLC
4781 Hayes Road
Madison, WI 53704


Modern Dentistry
c/o American Credit Bureau
2755 S. Federal Hwy.
Boynton Beach, FL 33435


MQC Collection Services
P.O. Box 140250
Toledo, OH 43614


Municipal Collections of America
3348 Ridge Road
Lansing, IL 60438-3112


Nationwide Legal, Inc.
1609 James M. Wood Blvd.
Los Angeles, CA 90015


North American Emergency Medical Ce
1254 Ogden Avenue
Downers Grove, IL 60515-2740


North Shore Agency
P.O. Box 4945
Trenton, NJ 08650


OSI Collection Agency
Attn: Bankruptcy
5626 Frantz Rd
Dublin, OH 43017


Paratech Ambulance
c/o Federated Adjustment Company
P.O. Box 170680
Milwaukee, WI 53217

Peterson Urgent Care Center
c/o ACC International
919 Estes Ct.
Schaumburg, IL 60193


Physicians Immediate Care
c/o Creditor Protection
P.O. Box 4115
Rockford, IL 61110


Progressive Universal Insurance Co.
P.O. Box 31260
Tampa, FL 33631


Provena Mercy Center
c/o Creditors Collection Bureau
P.O. Box 63
Kankakee, IL 60901-0063


Quest Diagnostics
P.O. Box 809403
Chicago, IL 60680-9403


R&B Receivables Management
860 S. Northpoint Blvd.
Waukegan, IL 60085


Riaz A. Barber, M.D., S.C.
1460 Bond Street
Suite 130
Naperville, IL 60563-6510


RJM Acquisitions LLC
575 Underhill Boulevard
Suite 224
Syosset, NY 11791


Rush-Copley Internal Medicine
c/o ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-4895


Rush-Copley Medical Center
P.O. Box 352
Aurora, IL 60507-0352

Rush-Copley Memorial Hospital
c/o MRSI
2250 E. Devon Ave., Suite 352
Des Plaines, IL 60018


Rush-Copley Memorial Hospital
c/o Medical Recovery Specialists, L
2250 E. Devon Avenue, Suite 352
Des Plaines, IL 60018-4521


Sallie Mae
Attn: Claims Department
P.O. Box 9500
Wilkes-Barre, PA 18773


Scotts LawnService Elgin
P.O. Box 742585
Cincinnati, OH 45274-2585


Silver Cross Hospital
c/o OSI Collection
507 Prudential Road
Horsham, PA 19044


Soft Landing Interventions
1S244 Summit Avenue
Villa Park, IL 60181


Soft Landing Labs, Ltd.
1S224 Summit Avenue
Villa Park, IL 60181


Solberg & Kennedy LLC
14040  N Cave Creek Rd
Ste. 210
Phoenix, AZ 85022


Spring-Green Law & Tree Care
1207 South Bridge Street
Yorkville, IL 60560


Sprint PCS
P.O. Box 4191
Carol Stream, IL 60197-4191

St. Charles Family Medical Center
c/o Armor Systems Co.
1700 Kiefer Drive
Zion, IL 60099


Sugar Grove Fire Protection Dist.
P.O. Box 457
Wheeling, IL 60090-0457


Swedish American MSO, Inc.
c/o Mutual Management
P.O. Box 477
Rockford, IL 61110


United Consumer Financial Services
P.O. Box 856290
Louisville, KY 40285-6290


Well Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


West Asset Management
2703 N Highway 75
Sherman, TX 75092


Western Medical Center
c/o CMRE Financial Services
3075 E. Imperial Hwy., Suite 200
Brea, CA 92821